UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| SUN VALLEY RESURFACING, INC. | ) | CASE NO. 09-21683-PHX RTB |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

      S. William Manera, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in "347" of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---:|---|---:|
| 1 | ALLIED INSURANCE<br>P.O. BOX 514540<br>LOS ANGELES, CA 90051-4540 | $0.40 |
| 10 | SRP<br>P.O. BOX 2950<br>PHOENIX, AZ 85062-2950 | $0.19 |
| 6 | CITI BUSINESS CARD<br>P.O. BOX 44180<br>JACKSONVILLE, FL 32231-4180 | $3.16 |
| 7 | FLEET SERVICES<br>P.O. BOX 639<br>PORTLAND, ME 04104 | $0.91 |
| 9 | O Premium Water<br>1740 W Broadway Rd<br>Mesa, AZ 85202 | $0.12 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $4.78 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| November 19, 2010 | /s/ S. William Manera |
| Date | S. William Manera |